# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SETHA KEO,<br><br>        Plaintiff,<br><br>   v.<br><br>KILOLO KIJAKAZI, ACTING Commissioner of Social Security,<br><br>        Defendant. | CASE NO.: 1:21-cv-00807-GSA<br><br>**ORDER VACATING OLD SCHEDULING ORDER AND DIRECTING CLERK TO ISSUE REVISED SCHEDULING ORDER** |

    The Certified Administrative Record having been filed in this matter and the General Order 615 stay having been lifted, it is **ORDERED** that the original scheduling order, Docket Number 3, is **VACATED.**

    The Clerk of Court is **DIRECTED** to **ISSUE** the revised social security scheduling order which eliminates the confidential letter briefing requirement and sets forth a 45-45-15 day briefing timeline on the motion for summary judgment.

IT IS SO ORDERED.

Dated:   **March 2, 2022**            **/s/ Gary S. Austin**
                                                UNITED STATES MAGISTRATE JUDGE